IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00286-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARVIN SAKORI MALEIK DUDLEY,

    Defendant.

## UNOPPOSED MOTION TO RESTRICT ACCESS

Marvin Sakori Maleik Dudley, through undersigned counsel, respectfully requests that Docket Numbers 216 and 217 be filed under Level 2 restriction.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    */s/ John C. Arceci*
    JOHN C. ARCECI
    Assistant Federal Public Defender
    633 17th, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: John_Arceci@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on December 29, 2023, I electronically filed the foregoing *Motion to Restrict Access* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

       */s/ John C. Arceci*
       JOHN C. ARCECI
       Assistant Federal Public Defender

2